```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
```
GLOBAL COMMODITIES, INC.,

                    Plaintiff,                    **ORDER ADOPTING REPORTS AND RECOMMENDATIONS**

-against-                                      18-CV-5225 (DRH)(ARL)

DAYAX, LLC and ABDISALAN HUBOR,

                    Defendants.
```
------------------------------------------------------X
```
**HURLEY, Senior District Judge:**

      Presently before the Court are the Reports and Recommendations ("R&Rs"), dated August 22, 2019 and December 27, 2019, of Magistrate Judge Arlene R. Lindsay recommending that the Court strike Defendants Dayax, LLC and Abdisalan Hubor's answer and enter default judgment against them. The time to file objections to the R&Rs has expired, and no objections have been filed.

      Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the R&Rs for clear error, and finding none, now concurs in both their reasoning and results. As such, the Court adopts the August 22, 2019 and December 27, 2019 R&Rs of Judge Lindsay as if set forth herein. Accordingly,

      **IT IS HEREBY ORDERED** that Defendants Dayax, LLC and Hubor's answer is struck and default judgment shall be entered against them. Because the R&Rs do not address damages and Plaintiff's Motion for Default Judgment is insufficient to determine the amount thereof, default judgment is only granted as to liability.

Plaintiff is directed to file any motion for damages on or before May 5, 2020.

Dated: Central Islip, N.Y.
March 5, 2020

/s/ Denis R. Hurley
Denis R. Hurley
United States District Judge